**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 00-pt-51 PHX RCB |
| | ) | |
| Vs. | ) | O R D E R |
| | ) | |
| KEVIN LAMONT PIERCE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed a motion entitled "Motion for Fast and Speedy Trial and/or Dismissal of Charges."  In his motion Defendant asserts that his right to a speedy trial has been breached and, for that reason, the charges against him should be dismissed.

The government has filed a response indicating that since Defendant's supervised release expired on October 19, 2003, over two months after an August 6, 2003 revocation petition was filed, not under oath, this Court has lost jurisdiction over the Defendant.  The government requests that the warrant be quashed and a subsequent April 14, 2004 superseding petition be dismissed.  The government's response is well taken.

1    IT IS ORDERED that Defendant's Motion to dismiss (doc. #6) is
2 granted and the Superseding Petition on Supervised Release
3 Revocation is dismissed.
4    IT IS FURTHER ORDERED quashing the warrant issued in
5 connection with the original Supervised Release Revocation Petition
6 and the Superseding Supervised Release Revocation Petition are
7 quashed.
8    IT IS FURTHER ORDERED directing the Clerk of this Court to
9 transmit a certified copy of this Order to the Bureau of Prisons
10 at:
11       Director, Bureau of Prisons
         320 First Street, NW
12       Washington, D.C. 20534

13       Howard McLeod Correctional Center
         1970 East Whippoorwill Lane
14       Atoka, Oklahoma 74525

     DATED this 10th day of July, 2005.

                         _____
                         Robert C. Broomfield
                         Senior United States District Judge

Copies to Kevin Lamont Pierce #471712
         O.S.R. C-4-6
         P. O. Box 514
         Granite, OK 73547

         Darcy A. Cerow, Esq.
         Assistant United States Attorney

         Adelina Bustamante
         United States Probation Officer

-2-